SIEGFRIED STEINWALL, Respondent, v. MOVIETONEWS, INC., and Others, Appellants.— Order granting plaintiff's motion for leave to serve a second supplemental complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FANNIE KNOPF, Plaintiff, v. MAX HELLER, Appellant, and EAST RIVER SAVINGS BANK, Respondent.— Order, so far as appealed from, denying motion of defendant-appellant to vacate the judgment entered herein, in so far as it adjudicates any rights as to the defendant East River Savings Bank, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JANET LEVEY and Another, Respondents, v. E. A. LABORATORIES, INC., and Another, Appellants.— Order granting plaintiffs' motion for an order restoring action to the general calendar unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JAMES B. MARTIN and MARION E. USILTON, as Administratrix, etc., of LEWIN H. USILTON, Deceased, Appellants, v. DIMARCO & REIMANN, INC., Respondent, Impleaded with Others.— Order granting motion of defendant-respondent for an order for the examination of the plaintiffs on separate dates, as adverse parties, before trial, and for the production of books and records, etc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FLORENCE B. NILES and Others, as Executors, etc., of WILLIAM W. NILES, Deceased, Stockholders in EAST PARK-SEVENTY-EIGHTH STREET CORPORATION, Petitioners-Respondents, for the Appointment of Appraisers to Appraise the Value of Their Stock. EAST PARK-SEVENTY-EIGHTH STREET CORPORATION, Appellant.— Order appointing appraisers to appraise the value of the stock held by petitioners in East Park-Seventy-eighth Street Corporation unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MAX BROWN for Reinstatement.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDWARD V. McGOVERN v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 775.] Present —Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

DOROTHEE B. THOMPSON v. MITCHELL PLACE REALTY CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VIOLA B. EDGSON and ALFRED EDGSON v. SAMUEL KLEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RICHARD D. MARTERA and THE BANK OF UNITED STATES, Plaintiffs, RICHARD D. MARTERA, Appellant, v. CHARLES E. HEYDT and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.